**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROBERT N. HALPERN, ON BEHALF OF : No. 263 EAL 2023
HIMSELF AND ALL OTHERS SIMILARLY :
SITUATED, :
                              : Petition for Allowance of Appeal
          Petitioner : from the Order of the Superior Court
                              :
                              :
          v. :
                              :
                              :
RICOH U.S.A., INC., :
                              :
          Respondent :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Whether, in this case of first impression, this Court should overrule the 2001 Superior Court holding in *Romeo v. Pittsburgh Associates* that a deceptive omission under Pennsylvania's Unfair Trade Practices and Consumer Protection Law is actionable only if a vendor had an affirmative duty to disclose a defect in a good or service.